# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD FRIEND,                        :
       Plaintiff                :        CIVIL ACTION NO. 3:17-CV-0409
                          :        (Judge Nealon)
     v.                             :
                          :
FINANCIAL RECOVERIES            :
LIMITED, ET AL.,                      :
       Defendants              :

## ORDER

**AND NOW, THIS 25TH DAY OF APRIL, 2017**, upon consideration of

Plaintiff's amended complaint, (Doc. 5), see FED. R. CIV. P. 15(a)(1)(B), and

Defendant Financial Recoveries Limited's motion to dismiss Plaintiff's original

complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. 3), and the

Court finding that an amended complaint renders the original complaint a legal

nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002)

("An amended complaint supercedes the original version in providing the

blueprint for the future course of the lawsuit."); Jackson v. Hoopes Turf Farm,

2012 U.S. Dist. LEXIS 167733 (M.D. Pa. 2012) (Conner, J.); 6 CHARLES ALAN

WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2nd ed. 1990)

("Once an amended pleading is interposed, the original pleading no longer

performs any function in the case . . . ."), **IT IS HEREBY ORDERED THAT**

Defendant Financial Recoveries Limited's motion to dismiss the original

complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. 3), is

**DISMISSED** as **MOOT** without prejudice.


/s/ William J. Nealon
**United States District Judge**