UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD FRIEND, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-CV-0409 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| FINANCIAL RECOVERIES | : | |
| LIMITED, ET AL., | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2017**, in accordance with the accompanying Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Financial Recoveries Limited's motion to dismiss for failure to state a claim upon which relief may be granted, (Doc. 7), is **GRANTED**;

2. Plaintiff's amended complaint, (Doc. 5), is **DISMISSED** with prejudice with regards to Plaintiff's claims under Section 1692g of the FDCPA; and

3. Plaintiff is **GRANTED** leave to filed an amended complaint by September 11, 2017 in order to advance a claim under Section 1692e of the FDCPA.

/s/ William J. Nealon
**United States District Judge**